# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                                                          Case Number: 09 C 5355

JASON CISZEWSKI,
    v.
DENNY'S CORPORATION, a Delaware corporation,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Nick DeBenedetto, Intervenor/Movant

| |
|---|
| NAME (Type or print) |
| |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Anthony F. Fata |
| FIRM <br> Cafferty Faucher LLP |
| STREET ADDRESS <br> 30 North LaSalle Street, Suite 3200 |
| CITY/STATE/ZIP <br> Chicago, Illinois  60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06269721 | TELEPHONE NUMBER <br> (312) 782-4880 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?  YES ☐  NO ☑ ||
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☑  NO ☐ ||
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?  YES ☑  NO ☐ ||
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☑  NO ☐ ||
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ ||

## CERTIFICATE OF SERVICE

      I, Anthony F. Fata, one of the attorneys for plaintiff, hereby certify that on November 5, 2009, service of the ***Appearance of Anthony F. Fata*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

                                          *s/   Anthony F. Fata*
                                          Anthony F. Fata