IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JASON CISZEWSKI,** ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:09-cv-05355 |
| ) | |
| **DENNY'S CORPORATION**, a Delaware ) | Judge Matthew F. Kennelly |
| corporation, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO INTERVENE BY PLAINTIFF IN FIRST-FILED ACTION

Nick DeBenedetto, a member of the putative nationwide class in this action and plaintiff in the first-filed statewide class action now pending in New Jersey Superior Court (Law Division), seeks leave to intervene, both as of right and by permission, pursuant to F.R.Civ.P. 24, as an additional plaintiff and putative class representative and for his counsel to be joint putative class counsel, in order to protect the interests of class members, both nationally and in New Jersey. In support of this motion, DeBenedetto has filed contemporaneously a supporting memorandum.

Dated: November 5, 2009                   Respectfully submitted,

By:   *s/      Anthony F. Fata*
Anthony F. Fata
**Cafferty Faucher LLP**
30 North LaSalle Street
Suite 3200
Chicago, IL 60602
Telephone: 312-782-4880
Facsimile: 312-782-4485

*Liaison Counsel for Intervenor*

Stephen Gardner
**Center for Science in the Public Interest**
Director of Litigation
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787

*Counsel for Intervenor*

*Of Counsel:*

Andrew R. Wolf
Henry P. Wolfe
**Galex Wolf, LLC**
Attorneys at Law
1520 U.S. Highway 130, Suite 101
North Brunswick, New Jersey 08902
Telephone: 732-257-0550
Facsimile: 732-257-5654

**Williams Cuker Berezofsky**
**Mark R. Cuker**
**Michael J. Quirk**
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 800
Philadelphia, PA 19103-1819
Telephone: 215-557-0099
Facsimile: 215-557-0673

*Attorneys for Plaintiff Nick DeBenedetto, on behalf of himself and others similarly situated*