**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JASON CISZEWSKI,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 1:09-cv-05355 |
| | ) | |
| **DENNY'S CORPORATION**, a Delaware | ) | Judge Matthew F. Kennelly |
| corporation, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Wednesday, November 11, 2009 at 9:30 a.m., we shall appear before the Honorable Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and then and there present the *Motion to Intervene by Plaintiff in First-Filed Action* and *Memorandum in Support of Motion to Intervene*.

Dated: November 5, 2009                    Respectfully submitted,

By:    *s/        Anthony F. Fata*
            Anthony F. Fata
            **Cafferty Faucher LLP**
            30 North LaSalle Street
            Suite 3200
            Chicago, IL 60602
            Telephone: 312-782-4880
            Facsimile: 312-782-4485

            *Liaison Counsel for Intervenor*

Stephen Gardner
**Center for Science in the Public Interest**
Director of Litigation
5646 Milton Street, Suite 211
Dallas, Texas 75206
Telephone: 214-827-2774
Facsimile: 214-827-2787

*Counsel for Intervenor*

*Of Counsel:*

Andrew R. Wolf
Henry P. Wolfe
**Galex Wolf, LLC**
Attorneys at Law
1520 U.S. Highway 130, Suite 101
North Brunswick, New Jersey 08902
Telephone: 732-257-0550
Facsimile: 732-257-5654

**Williams Cuker Berezofsky**
**Mark R. Cuker**
**Michael J. Quirk**
One Penn Center at Suburban Station
1617 J.F.K. Blvd., Suite 800
Philadelphia, PA 19103-1819
Telephone: 215-557-0099
Facsimile: 215-557-0673

*Attorneys for Plaintiff Nick DeBenedetto, on behalf of himself and others similarly situated*

2

## <u>CERTIFICATE OF SERVICE</u>

I, Anthony F. Fata, one of the attorneys for plaintiff, hereby certify that on November 5, 2009, service of the ***Notice of Motion, Motion to Intervene by Plaintiff in First-Filed Action and Memorandum in Support of Motion to Intervene*** was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

*s/   Anthony F. Fata*
Anthony F. Fata